[No. 21925-9-III.   Division Three.   March 18, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. ANTHONY L. KING, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-03358-1, Jerome Leveque, J., entered February 27, 2003. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 49535-6-I.   Division One.   March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JAMES TURGEON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01926-8, Joseph A. Thibodeau, J., entered October 30, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 49996-3-I.   Division One.   March 22, 2004.]

*In the Matter of the Detention of* GRANT MARSHALL.

GRANT MARSHALL, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-06210-8, Richard J. Thorpe, J., entered February 8, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50058-9-I.   Division One.   March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY RIVERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08044-6, Steven G. Scott, J., entered January 11, 2002. *Dismissed* by unpublished per curiam opinion.